

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**Criminal Action No. 08-MJ-171
(GHL)**

**RASHARD JACKS,**
                **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Criminal Complaint No. 08-MJ-171 (GHL) against Rashard Jacks, the defendant.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

    _X_ Other:   The defendant pled guilty to Information No. 08-CR-322 in full satisfaction of all charges.

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

This dismissal is without prejudice.

> ANDREW T. BAXTER
> Acting United States Attorney
>
> By: *Carla Freedman*
> Carla Freedman
> Assistant U.S. Attorney
> Bar Roll No. 514723

Leave of court is granted for the filing of the foregoing dismissal.

Dated: March _2_, 2009
Syracuse, New York

*George H. Lowe*
George H. Lowe
United States Magistrate Judge

2